

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2020

No. 04-20-00340-CV

**IN THE INTEREST OF A.R., JR., A CHILD,**

From the 293rd Judicial District Court, Zavala County, Texas
Trial Court No. 18-03-14124-ZCV
Honorable Maribel Flores, Judge Presiding

## O R D E R

The court reporter responsible for filing the reporter's record in this appeal filed a notification of late record informing the court that the reporter's record has not been filed because appellant has failed to file a designation of record. TEX. R. APP. P. 34.6(b)(1). The court reporter's notification of late record also states appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record. However, the clerk's record in this appeal indicates appellant was found indigent in the lower court.

We, therefore, **ORDER** appellant to file written proof to this court on or before **August 17, 2020** that he has filed a designation of record with the court reporter. *See* TEX. R. APP. P. 34.6(b)(c). If appellant fails to respond within the time provided, appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c)

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court